```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
HENRY ANDERSON,

                              Plaintiff,                    REPORT AND
                                                            RECOMMENDATION
           -against-
                                                            04 Civ. 4331 (SCR) (GAY)
PORT AUTHORITY OF NEW YORK AND
NEW JERSEY,

                              Defendant.
-----------------------------------------------------------X
```

On or about November 28, 2005, plaintiff Henry Anderson, proceeding *pro se*, filed a motion for default judgment against defendant Port Authority of New York and New Jersey "for perjury in front of Judge Connors, an [sic] needless delay of deposition."

Apart from his conclusory request, plaintiff sets forth no factual basis in support of his allegations. Accordingly, I conclude, and respectfully recommend, that plaintiff's motion for default judgment be denied.

## NOTICE

Pursuant to 28 U.S.C. § 636(b)(1)(B), as amended, and Rule 72(b), Fed. R. Civ. P., the parties shall have ten (10) days from receipt of this Report to serve and file written objections to this Report and Recommendation. If copies of this Report are served upon the parties by mail, the parties shall have thirteen (13) days from receipt of this Report to file and serve written objections. See Fed. R. Civ. P. 6(e). Such objections, if any, shall be filed with the Clerk of the Court, with extra copies delivered to the chambers of The Honorable Stephen C. Robinson at the United States District

Court, Southern District of New York, 300 Quarropas Street, White Plains, New York, 10601, and to the chambers of the undersigned at said Courthouse.

Failure to file timely objections to this Report and Recommendation will preclude later appellate review of any order of judgment that will be entered. See Small v. Secretary of H.H.S., 892 F.2d 5, 16 (2d Cir. 1989).

Requests for extensions of time to file objections must be made to the Honorable Stephen C. Robinson and not to the undersigned.

Dated: December ___, 2005  
White Plains, New York

Respectfully Submitted,

_____  
GEORGE A. YANTHIS, U.S.M.J.